IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SOUTHEASTERN CARPENTERS & \*
MILLWRIGHTS PENSION TRUST FUND; \*
and J. KIRK MALONE and TOM \*
JENKINS, as Trustees of the \*
Fund, \*
　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　\*   CV 621-046
　　　Plaintiffs, \*
　　　　　　　　　　　　　　　　　　\*
　　　　v. \*
　　　　　　　　　　　　　　　　　　\*
CYNTHIA GAIL CARTER; ROBIN \*
HANDLY; and VICTORIA M. \*
SHROYER, \*
　　　　　　　　　　　　　　　　　　\*
　　　Defendants. \*

O R D E R

Presently before the Court is Richard Handly's motion to substitute. (Doc. 86.) Mr. Handly, as administrator of the Estate of Robin Handly, deceased, moves to substitute himself as a defendant-in-interpleader, crossclaim-plaintiff, and crossclaim-defendant in this action. (Id. at 1.) On September 7, 2022, the Court directed the Clerk to return the funds in the Court Registry to Plaintiff for distribution under the Plan terms and closed this case. Therefore, this motion is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA